[Crim. No. 209.  Second Appellate District.—June 14, 1911.]

## In the Matter of the Application of C. F. STEVENS for Writ of Habeas Corpus.

HABEAS CORPUS—WRIT DENIED.—The application for the writ of *habeas corpus* in this case is denied under the provisions of the Code of Civil Procedure as to justices of the peace, and under the provisions of the Penal Code regulating their authority as committing magistrates, and under the authority of the decisions cited by the court.

Tom L. Johnston, for Petitioner.

THE COURT.—Upon the authority of the decisions in *People* v. *Lee Look,* 143 Cal. 218, [76 Pac. 1028], and *People* v. *Warner,* 147 Cal. 548, [82 Pac. 196], also, in consideration of the provisions of section 103, Code of Civil Procedure, sections 808, 811 et seq., Penal Code, the writ is denied.